

# Fourth Court of Appeals
## San Antonio, Texas

July 28, 2022

No. 04-22-00179-CV

Rodney **WARRIOR**,
Appellant

v.

Maria Cristina **WARRIOR**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI07193
Honorable Monique Diaz, Judge Presiding

# O R D E R

The clerk's record was due on June 24, 2021. On June 27, 2021, the trial court clerk filed a notification of late clerk's record, stating appellant is not entitled to appeal without paying the fee, and the appellant has failed to pay the fee for preparing the record.

We, therefore, ORDER appellant to provide written proof to this court **no later than August 8, 2022** that either (1) the clerk's fee for preparing the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b) (allowing dismissal of appeal for want of prosecution if clerk's record is not filed due to appellant's fault); *see also* TEX. R. APP. P. 42.3(c) (allowing dismissal of appeal if appellant fails to comply with an order of this court).

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of July, 2022.



MICHAEL A. CRUZ, Clerk of Court